IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**STELLA SIMMONS**                                                                                                  **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 3:03cv453WS**

**KELLWOOD COMPANY, CONSTITUTION STATE
SERVICES AND THE TRAVELERS INDEMNITY COMPANY**         **DEFENDANTS**

### JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the joint *ore tenus* motion to dismiss of the Plaintiff and the Defendants, and the Court being advised that all issues existing between the parties have been resolved, it is the opinion of the Court that said motion to dismiss all claims should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this cause be and the same is hereby dismissed with prejudice with each party to bear its own costs and fees.

**SO ORDERED AND ADJUDGED,** this the 27th day of August, 2007.

                                              s/ HENRY T. WINGATE
                                              CHIEF UNITED STATES DISTRICT JUDGE

**AGREED TO AND APPROVED BY:**

   s/David C. Dunbar
David C. Dunbar (MSB #6227)
Counsel for Plaintiff

   s/Kenna L. Mansfield, Jr.
Kenna L. Mansfield, Jr. (MSB #1855)
Counsel for Defendants Constitution State
Services and the Travelers Indemnity Company

s/Robert P. Thompson
Robert P. Thompson (MSB #8188)
Counsel for Defendant Kellwood Company

simmons v kellwood final judgment.wpd